UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DERRELL GILCHRIST,**         ) | |
| ) | |
| **Plaintiffs,**         ) | |
| v.         ) | **Civil Action No. 05CV1540 (RJL)** |
| ) | |
| **U.S. Department of Justice,**         ) | |
| ) | |
| **Defendant**         ) | |
| ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant, by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to answer or otherwise respond to Plaintiffs' Complaint. Defendant requests that the deadline for responding to Plaintiffs' Complaint be extended 30 days, from September 16, 2005, to October 17, 2005. Plaintiff has filed his Complaint pro se, and is currently incarcerated, therefore he has not been contacted respecting this motion. The grounds for this request are set forth below.

Plaintiff's Complaint referenced two different sections of the Department of Justice. Upon further review, undersigned counsel was able to ascertain that only one of the sections, the Executive Office for United States Attorneys (EOUSA), is required to provide information with respect to the Complaint. Undersigned counsel was put into contact with Marie O'Rourke, Assistant Director of FOIA staff at EOUSA, and she informed undersigned counsel that her office had not received a copy of the Complaint. Undersigned counsel faxed Ms. O'Rourke a copy of the Complaint the week of September 5, 2005. On September 9, 2005, Ms. O'Rourke informed undersigned counsel that the EOUSA FOIA attorney who originally processed Plaintiff's FOIA request will be out of the office the week of September 12, 2005. In addition, Ms. O'Rourke's office is in the process of moving, and will not have access to requestor files for several days. Therefore, the EOUSA FOIA office is unable to assist in the preparation of the responsive pleading until, at the earliest, the week of September 19, 2005.

In addition, undersigned counsel is responsible for preparing multiple filings during the next thirty days, including supplemental briefing due September 14, 2005, in <u>Liberty Fund, Inc., v. Chao</u>, 04-0915 (D. D.C.), initial disclosures due September 15, 2005, and initial discovery requests due September 30, 2005, in <u>Sue v. USA</u>, 05-1355 (D. D.C.), a reply brief due September 19, 2005, in <u>Peavey v. Gonzalez</u>, 05-0819, and a motion for summary judgment due September 23, 2005, in <u>Sheinbein v. Dudas</u>, 05-1460 (D. D.C.).  Undersigned counsel is also scheduled to be on annual leave from October 7, 2005, to October 16, 2005.

This extension is sought in good faith and will not unfairly prejudice any party.  In addition, allowing Defendant additional time to respond to Plaintiff's Complaint will aid the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to the complaint be extended to and including October 17, 2005.

Dated: September 12, 2005.

          Respectfully submitted,
          /s/
          KENNETH L. WAINSTEIN, D.C. BAR # 451058
          United States Attorney
          /s/
          R. CRAIG LAWRENCE, D.C. BAR # 171538
          Assistant United States Attorney
          /s/
          HEATHER R. PHILLIPS, CA BAR # 191620
          Assistant United States Attorney
          Judiciary Center Building
          555 4th Street, N.W. - Civil Division
          Washington, D.C.  20530
          (202) 514-7139

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Defendant's Motion for Enlargement of Time was mailed to Plaintiff pro se, Derrell L. Gilchrist, Reg. No. 37284-037, United States Penitentiary, P.O. Box 1000, Lewisburg, PA 17837.

    _____
    HEATHER R. PHILLIPS
    Assistant United States Attorney
    Judiciary Center Building
    555 4th Street, NW, Rm. E4212
    Washington, D.C. 20001
    (202) 514-7139

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DERRELL GILCHRIST,**           ) | |
| ) | |
| **Plaintiffs,**     ) | |
| v.                                         ) | **Civil Action No. 05CV1540 (RJL)** |
| ) | |
| **U.S. Department of Justice,**    ) | |
| ) | |
| **Defendant**              ) | |
| ) | |

<u>DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME</u>

Defendant, by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to answer or otherwise respond to Plaintiffs' Complaint. Defendant requests that the deadline for responding to Plaintiffs' Complaint be extended 30 days, from September 16, 2005, to October 17, 2005. Plaintiff has filed his Complaint pro se, and is currently incarcerated, therefore he has not been contacted respecting this motion. The grounds for this request are set forth below.

Plaintiff's Complaint referenced two different sections of the Department of Justice. Upon further review, undersigned counsel was able to ascertain that only one of the sections, the Executive Office for United States Attorneys (EOUSA), is required to provide information with respect to the Complaint. Undersigned counsel was put into contact with Marie O'Rourke, Assistant Director of FOIA staff at EOUSA, and she informed undersigned counsel that her office had not received a copy of the Complaint. Undersigned counsel faxed Ms. O'Rourke a copy of the Complaint the week of September 5, 2005. On September 9, 2005, Ms. O'Rourke informed undersigned counsel that the EOUSA FOIA attorney who originally processed Plaintiff's FOIA request will be out of the office the week of September 12, 2005. In addition, Ms. O'Rourke's office is in the process of moving, and will not have access to requestor files for several days. Therefore, the EOUSA FOIA office is unable to assist in the preparation of the responsive pleading until, at the earliest, the week of September 19, 2005.

In addition, undersigned counsel is responsible for preparing multiple filings during the next thirty days, including supplemental briefing due September 14, 2005, in <u>Liberty Fund, Inc., v. Chao</u>, 04-0915 (D. D.C.), initial disclosures due September 15, 2005, and initial discovery requests due September 30, 2005, in <u>Sue v. USA</u>, 05-1355 (D. D.C.), a reply brief due September 19, 2005, in <u>Peavey v. Gonzalez</u>, 05-0819, and a motion for summary judgment due September 23, 2005, in <u>Sheinbein v. Dudas</u>, 05-1460 (D. D.C.).  Undersigned counsel is also scheduled to be on annual leave from October 7, 2005, to October 16, 2005.

This extension is sought in good faith and will not unfairly prejudice any party.  In addition, allowing Defendant additional time to respond to Plaintiff's Complaint will aid the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to the complaint be extended to and including October 17, 2005.

Dated: September 12, 2005.

                    Respectfully submitted,
                     /s/
                    KENNETH L. WAINSTEIN, D.C. BAR # 451058
                    United States Attorney
                     /s/
                    R. CRAIG LAWRENCE, D.C. BAR # 171538
                    Assistant United States Attorney
                    /s/
                    HEATHER R. PHILLIPS, CA BAR # 191620
                    Assistant United States Attorney
                    Judiciary Center Building
                    555 4th Street, N.W. - Civil Division
                    Washington, D.C.  20530
                    (202) 514-7139

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Defendant's Motion for Enlargement of Time was mailed to Plaintiff pro se, Derrell L. Gilchrist, Reg. No. 37284-037, United States Penitentiary, P.O. Box 1000, Lewisburg, PA 17837.

 

_____
HEATHER R. PHILLIPS
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Rm. E4212
Washington, D.C. 20001
(202) 514-7139