# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DERRELL GILCHRIST,
    Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,
    Defendant

Civil Action No. 05CV1540(RJL)

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND PURSUANT TO CIVIL RULE 6(b)

Plaintiff, Derrell Gilchrist, pro-se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b) to enlarge the time or otherwise respond to defendant's answer. Plaintiff requests that an additional 45 days be allotted to respond to any pleadings.

The grounds for this request are set forth below:

(A) Plaintiff has filed above action pro-se.

(B) Plaintiff is not currently being held at U.S.P. Lewisburg P.O. Box #1000, Lewisburg, PA 17837.

(C) Plaintiff is currently being held in the custody of the U.S. Marshal's Service of Maryland on unrelated matters.

(D) The aforementioned dilema has made meaningful access to the Court's impossible.

This extension is sought in good faith and will not unfairly prejudice any party. Wherefore, based on the foregoing, Plaintiff respectfully requests that a 45 day enlargement be granted from October 21, 2005.

Respectfully submitted,
Denell L Gilchrist

Dated: October 21, 2005

RECEIVED

# CERTIFICATE OF SERVICE

I, Derrell Gilchrist, hereby certify that I have served a true and correct copy of the foregoing: Motion for Enlargement of Time to Respond

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to: United States Attorney Office Judiciary Center Building 555 4th Street, N.W. - Civil Division Wash., D.C. 20530

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this 21st day of Oct. 2005.

Respectfully Submitted,

Derrell Gilchrist

REG. NO. 37284-037