## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DERRELL GILCHRIST,

      PLAINTIFF,

      v.

U.S.DEPARTMENT OF JUSTICE,

      DEFENDANT.

Civil Action No:05CV1540(RJL)

### EMERGENCY MOTION FOR ENLARGEMENT OF TIME TO RESPOND PURSUANT TO CIV.R.6(b)(2) AND PRODUCTION OF RERECORDS

Plaintiff,Derrell Gilchrist,pro-se,respectfully moves this Court pursuant to Federal Rules of Civil Procedure 6(b)(2) to enlarge the time or oterwise respond to Defendants Motion for Summary Judgement (Enterd:10/17/05),Plaintiff requests that ther deadline be extended 60 days,from December 5,2005 to Febuary 3,2006. Plaintiff also requests to be furnished with a copy of the aformentioned motion including attachments,declarations,and exhibits to declarations.In support thereof,plaintiff states as follows:

(1) Plaintiff has filed the above cited action pro-se.

(2) On 10/28/05 plaintiff requested a extension of time to respond based on his being held in Maryland in the custody of the U.S.Marshals Serviceof Maryland on unrelated matters.

(3) On 11/9/05 plaintiffs motion was granted and a response to Motion for Summary Judgment became due on 12/5/05.

(4) On 12/1/05 plaintiff was returned to the custody of the Bureau of Prisons by the Marshals Service and transferd back to U.S.P. Lewisburg,P.O.Box#1000,Lewisburg PA 17837.

(5)Before leaving Lewisburg Penitentiary I provided a family members address to foward incoming mail to in the event I was held over 30 days.

(6)Upon returning to Lewisburg I contacted the prison mailroom to inquire were all incoming mail was sent in my absense,I was inform- med that all mail was returned to sender.

(7)I immediately wrote the District Court Clerk in this juris- diction explaining my return and requesting a update.I recieved a Docket Entries Sheet on 12/19/05.This motion followed.

Furthermore,in the interest of justice the plaintiff based on the foregoing prays that this motion be granted;or such other and further relief that the court deems just and proper.


Pursuant to 28 U.S.C. § 1746,I Derrell Gilchrist,pro-se,under the penalty of perjury,hereby declare that the above statements are true and correct to the best of my knowledge and belief.



                                        Respectfully submitted,


Dated:12/22/05                          Derrell Gilchrist,pro-se
                                        U.S.P.Lewisburg
                                        P.O.Box#1000
                                        Lewisburg,PA 17837
                                        Reg.No#37284-037

# CERTIFICATE OF SERVICE

I, DERRELL GILCHRIST#37284-037 , hereby certify that I have served a true and correct copy of the foregoing: EMERGENCY MOTION FOR ENLARGEMENT OF TIME TO RESPOND PURSUANT TO CIV.R.6(b)(2) AND PRODUCTION OF RECORDS.

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to: HEATHER R.PHILLIPS

> ASSISTANT UNITED STATES ATTORNEY
> JUDICIARY CENTER BUILDING
> 555 4th STREET,N.W.,RM.E4212
> WASHINGTON,D.C. 20001

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this    22    day of DECEMBER    ,

Respectfully Submitted,

REG. NO. 37284-037