IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DERRELL GILCHRIST,

    PLAINTIFF,

    v.

DEPT. OF JUSTICE,

    DEFENDANT.

CIVIL ACT. NO: 1:05cv1540 (RJL)

### AFFIDAVIT OF DERRELL GILCHRIST IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.

Plaintiff,Derrell Gilchrist,pro-se,declare the following to be a true and correct statement of facts material to this case:

1) I (herein after Plaintiff) on April 15,2004 submitted a request under the Freedom of Information/Privacy Act (5 U.S.C. § 552,5 U.S.C. § 552a)(herein after FOIA/PA) to the U.S. Dept of Justice-Criminal Division,seeking the following information: **All information pertaining to "Order"granted by Dept. of Justice in USA vs.Gilchrist Docket No:DKC-02-0245 issued in 2002 to Office of the US Attorney Greenbelt MD. to permitt the prosecution of above case after acquittal in Prince Georges County MD of same charge,also called "Petit Order".**(See Initial Request,Exhibit#11). This request was assigned Request No:04-3179-R.

2) Plaintiff sent additional request on June 2,2004 under FOIA/PA to the Dept. of Justice-Executive Office for United States Attorney's again seeking information pertaining to Petite Policy and Order,attaching a Departmental press release,This request was assigned Request NO:04-2365.(See Exhibit#1 to Ciccone Declaration).

(1)

3) Plaintiff Administratively Appealed Request No:<u>04-3179-R</u>
(See Exhibit 7 and 8 to Ciccone Declaration) and the withholding
of 2 pages in full by the Executive Office for United States
Attorney's.

4) Plaintiff's objective with respect to request was to
obtain all information pertaining to Petit Order including documents
and information ect. provided by other agency's to United States
Attorney's Office-MD up until there request was granted that
was releaseable under FOIA/PA.

5) Plaintiff is suing to challenge the search conducted
for responsive records based on my request, the manner in which
the Dept. of Justice has handled my claim, and the propriety of
the three-page withholding.

6) Plaintiff is incarcerated with limited means and lacks
knowledge in the legal science of law. Futhermore until discovery
is granted I am unable to provide the necessary affidavit's at
this time to oppose all aspects of Defendant's Summary Judgment
Motion.

I declare under penalty of perjury, in accordance with 28
U.S.C.§ 1746, that the foregoing is true and correct to the best
of my knowledge, information, and belief.

Executed on:Febuary 1,2006.

DERRELL L. GILCHRIST, pro-se
Reg No:37284-037
U.S.P. Lewisburg
P.O.Box#1000
Lewisburg,PA 17837

(2)