UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DERRELL GILCHRIST,           )
                             )
        Plaintiff,           )    Civil Action No. 05-1540 (RJL)
                             )
        v.                   )
                             )
DEPARTMENT OF JUSTICE        )
                             )
        Defendants.          )
_____)

**DECLARATION OF KATHY HSU**

I, Kathy Hsu, declare the following to be true and correct:

1. I am an attorney in the Criminal Division of the United States Department of Justice (DOJ) in the Office of Enforcement Operations. My specific assignment at the present time is that of Litigation Attorney for the Division's Freedom of Information Act/Privacy Act Unit (FOIA/PA Unit).

2. In such capacity, my duties are, *inter alia*, to review complaints in lawsuits filed under both the Freedom of Information Act (FOIA), 5 U.S.C. § 552 *et seq.*, and the Privacy Act (PA), 5 U.S.C. § 552a *et seq.*, and to provide litigation support and assistance to Assistant United States Attorneys and to Department trial attorneys litigating these cases in District Court. In conjunction with these duties, I review processing files that have been compiled by the

paralegal processors and reviewed by supervisory paralegals and/or by the FOIA/PA Unit Chief in responding to FOIA/PA requests received by the Unit. I also consult with the Unit Chief, who supervises the Unit's processing of FOIA and PA requests, and with the supervisory paralegals to confirm that determinations to withhold or to release records of the Criminal Division have been made in accordance with the provisions of both the FOIA and the PA, and with Department of Justice regulations - 28 C.F.R. § 16.1 *et seq.*

3. A prior declaration in this matter was executed on October 7, 2005, submitted by Anthony J. Ciccone, Senior Attorney Advisor, FOIA/Privacy Staff for the Executive Office for United States Attorneys (EOUSA) as an attachment to the Defendant's Motion for Summary Judgment dated October 16, 2005.

4. This declaration is submitted to discuss the Criminal Division's search procedures and to address the District Court's Memorandum Opinion and Order dated February 23, 2006, denying Defendant's Motion for Summary Judgment, "because [the defendant] does not establish that the search for records was reasonable and adequate under the circumstances." *See* District Court's February 23, 2006 Memorandum Opinion and Order.

## BACKGROUND

5. The Criminal Division's general background and chronology of the plaintiff's request are as follows:

6. By a letter from the plaintiff dated April 15, 2004 addressed to the Criminal Division FOIA/PA Unit, plaintiff sought:

> All information pertaining to "Order" granted by Dept. Of Justice in *USA vs. Gilchrist*[,] Docket No. DKC-02-0245 issued in 2002 to [the] Office of the US Attorney Greenbelt MD to permit the prosecution of above [the] case after [the] acquittal in Prince Georges Country MD of [the] same [c]harge, also called "Petit Order." *See* Exhibit 1.

7. By a letter addressed to the Criminal Division from the plaintiff dated May 13, 2004, plaintiff followed-up on the status of his request. *See* Exhibit 2.

8. By a letter from the FOIA/PA Unit dated June 9, 2004 addressed to the plaintiff, the FOIA/PA Unit acknowledged receipt of plaintiff's April 15, 2004 request letter. Plaintiff was advised that his case had been assigned case number CRM-200400734P, and a search of responsive records relevant to his request would be conducted and once completed he would be notified of the disposition of his request. *See* Exhibit 3.

9. By a letter dated August 27, 2004, the Criminal

Division responsed to plaintiff's request.[1] Plaintiff was notified that one record relevant to his request was located. The record is a one-page letter dated April 29, 2002, from John C. Keeney, Deputy Assistant Attorney General, Criminal Division, to Thomas M. DiBiagio, United States Attorney for the District of Maryland, regarding the "Dual prosecution of Darrell Lamont Gilchrist." This record was released to plaintiff in full.[2] See Exhibit 4.

### SEARCH PROCEDURES

10. In processing requests from individuals seeking information on themselves, the Criminal Division begins by searching its centralized records index, JUSTICE/CRM-001 (Central Criminal Division Index File and Associated Records). This system contains information on persons referred to in potential or actual cases and matters of concern to the Criminal Division and correspondence on subjects directed or referred to the Criminal Division.

---

[1] The Criminal Division's response letter inadvertently misidentifies the date of plaintiff's request as May 13, 2004, the date of his status request, rather than April 15, 2004, the date of his actual request.

[2] As already discussed in the Declaration of Anthony J. Ciccone (pages 6 and 7), on October 29, 2002 EOUSA referred a one-page document to the Criminal Division for direct response to plaintiff. The Criminal Division assigned the referral case number CRM-200401453 and released the document to plaintiff in full. This is the identical document discussed in paragraph 9 above.

When a search of this Central Index reflects responsive, or potentially responsive records, a search for such records is sent to the section identified as having custody of the records.

11. In the present matter, a search for plaintiff's records in the JUSTICE/CRM-001 Privacy Act system of records was undertaken in July 2004. The Criminal Division searched for records under the name of "Derrell Lamont Gilchrist," and revealed no responsive records identifiable with plaintiff's name.

12. In addition to a search for records in the JUSTICE/CRM-001 system of records, the Criminal Division also searched its Witness Immunity Unit because plaintiff stated in his April 2004 request that he sought records regarding "Petit Orders."[3] This is the only section of the Criminal Division that can reasonably be expected to maintain responsive information.

13. Pursuant to long-standing FOIA search procedures, a search sheet with a copy of the plaintiff's request was transmitted to the Witness Immunity Unit. The search sheet

---

[3]Waivers for the Department of Justice's Petit policy are granted through authorizations issued by the assistant attorney general (or his designee) of the section having authority over the offenses for which federal prosecution is proposed. This is an internal, policy process and no actual court orders are involved.

specifies the subject of the search. Experienced and designated personnel employed by the section then undertake a search for responsive materials and report the results to the Criminal Division FOIA/PA Unit. The search terms utilized by each section in a Privacy Act request are the requestor's name and any known alias that the requestor has provided.[4]

14.   The Witness Immunity Unit located a total of four-pages of records responsive to plaintiff's request. Only one of the four-pages located ordinated in the Criminal Division. As discussed in paragraph 9 above, this record was released to the plaintiff in full on August 27, 2004. The remaining three-pages originated in EOUSA and were referred to that Office for direct response to plaintiff

15.   Thus, this process allows for an adequate search and ensures that all files likely to contain responsive material, should any exist, are searched and located. Moreover, searches are to be undertaken in the same manner as if the Criminal Division were seeking the information for its own, official purposes. By this means, the Criminal Division

---

[4] Unlike the FBI or the Federal Bureau of Prisons, the Criminal Division assigns no special identification numbers to individuals. Nor does it maintain files based on social security numbers. Nor does it maintain any field offices outside the Washington, D.C. area. Finally, unlike certain other law enforcement components, the Criminal Division maintains no separate "see reference" or "cross-reference" files requiring separate searches.

aims to ensure that its searches fully meet the criteria established under the Freedom of Information Act, the Privacy Act, and interpretative decisional law.  The one Criminal Division document located in response to these extensive searches was released to plaintiff in whole.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___**March 7, 2006**___

_____
/KATHY HSU

## CERTIFICATION OF IDENTIFICATION

In accordance with 28 C.F.R. Section 16.41(d), Verification of identity, the requester's full name, current address, date of birth, place of birth, social security number and sample signature are provided. Notary is provided at bottom of document.

FULL NAME OF REQUESTER: Derrell Lamont Gilchrist

CURRENT ADDRESS: USP PO Box 1000 Lewisburg, PA 17837

DATE OF BIRTH: September 22, 1975

PLACE OF BIRTH: District of Columbia

APR 2 1 2004

SOCIAL SECURITY NUMBER: 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

SAMPLE SIGNATURE: *Derrell L Gilchrist*

I aver that I am the individual above and that I fully understand that; Whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or devise a material fact, or make any false, fictitious or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined under this title or imprisoned not more than five years, or both. 18 U.S.C. Section 1001.

*Derrell L Gilchrist*                Executed On: 4/15/04

### APPROPRIATE FEE PROVISION[s] FOR REQUEST
(Apply checked boxes to requested information)

[ ]   5 U.S.C. Section 552(a)(4)(A)(ii) provides: "No agency may require advance payment of any fee unless the requester has previously failed to pay fees in a timely fashion, or the agency has determined that the fee will exceed $250.00."

[ ]   5 U.S.C. Section 552(a)(4)(A)(iii) provides: "If disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commerical interest of the requester."

[ ]   5 U.S.C. Section 552(a)(4)(A)(iv)(II) provides: "No fees may be charged by any agency under this section: (II) for any request described in clause (ii)(II) or (III) of this subparagraph for the first hundred pages of duplication."

[✓]   28 C.F.R. Section 16.10(a) provides: "The requester notifies in advance that he is willing to pay up to $25.00 in fees."

*Derrell L Gilchrist*                Executed On: 4/15/04
Signature of Pro Se Requester
WW/DD "Q"

Sworn to Before me, this, 15th day of APRIL, 19 2004

*[signature]*
Parole Officer/Notary Public Seal

"A. GIORDANI, PAROLE OFFICER"
AUTHORIZED BY ACT OF JULY 7, 1955
TO ADMINISTER OATHS
(18 U.S.C. 4004)

Derrell Gilchrist v. DOJ, Civil Action No. 05-1540 (RJL) Declaration of Kathy Hsu

FREEDOM OF INFORMATION/PRIVACY ACT
REQUEST ACT OF 1974

TO: Criminal Division, US Dept. of Justice WCTB Bldg., Suite 1075, Wash. DC 20530-0001

FROM: Derrell Lamont Gilchrist #37284-037, USP POBox 1000 Lewisburg, PA 17837

Pursuant to Title 5 U.S.C. § 552 and all other relevant sections and parts thereof, I, the undersigned, also identified above in the upper right-hand section, hereby respectfully request the following information:

All information pertaining to "Order" granted by Dept. of Justice in USA vs. Gilchrist Docket No: DKC-02-0245 issued in 2002 to Office of the US Attorney Greenbelt MD. to permit the prosecution of above case after acquittal in Prince Georges County MD of same Charge, also called "Petit Order."

If there are applicable rules and regulations governing your agency in such matters, please forward them to me so that I might comply with them per the FOI Act of 1974.

If for any reason any of the above requested information or material is deemed to be privileged and exempt under FOI, please specify the statutory reasons for the exemption, the name and title of the person(s) making the decision to withhold the material.

Per the dictates of the Freedom of Information Act of 1974, your agency has ten (10) working days to respond to this request. In the event I do not recieve a response by that time, I will deem deem this formal request denied, and seek judicial remedy.

Dated: 4/15/04

Sumitted by: Derrell L Gilchrist
Requester

Sworn and subscribed before me this 15th day of APRIL, 2004 I, the Federal Prison Case Manager of the above named person, verify that the above person appeared before me - and is who he claims to be.

"A. GIORDANI, PAROLE OFFICER"
AUTHORIZED BY ACT OF JULY 7, 1955
TO ADMINISTER OATHS
(18 U.S.C. 4004)

Case Manager/Notary Public



5-13-04

To: Criminal Division US Dept. of Justice
    WCTB Bldg. Suite 1075
    Wash. DC 20530-0001

MAY 19 2004

From: Derrell L Gilchrist #37284-037
      USP Lewisburg
      PO BOX #1000
      Lewisburg, PA 17837

Re: Request under the Freedom of Information Act, 5 U.S.C Section 552

      I am writing to inquire about the status of my request which was sent 4/15/04 to this agency, thus far I have recieved no conformation or acknowledgement regarding my request for infomation pertaining to the "ORDER" granted by the Dept. of Justice.

      I am aware that a response under this section is due by law within 10-20 day's which has past, if for some reason there is a problem with my request please notify me as soon as possible at the above address.

Respectfully,
Derrell L Gilchrist

*Derrell Gilchrist v. DOJ,*
Civil Action No. 05-1540 (RJL)
Declaration of Kathy Hsu
EXHIBIT 2

Inmate Name: Derrell GIlchrist
Register Number: 37284-037

United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837


HARRISBURG PA
PM
14 MAY
2004


GREETINGS
FROM
Far Far Away

Criminal Division US DEPT. of Justice
WCTB Bldg. Suite 1075
Wash. DC, 20530-0001



*Freedom of Information Act Request*

20530#0001



**U.S. Department of Justice**

Criminal Division

_____

Office of Enforcement Operations          Washington, D.C. 20530

TJM:KS:mb
typed 6/7/04                              JUN  9 2004

CRM-200400734P

Mr. Derrell Gilchrist
#37284-037
USP Box 1000
Lewisburg, Pennsylvania 17837

Dear Mr. Gilchrist:

    This is to acknowledge receipt of your letter of April 15, 2004, requesting records of the Criminal Division under the Freedom of Information Act (FOIA). This request has been assigned file number 200400734P. Please refer to this number in any future correspondence with this Unit.

    We will conduct a search to determine what records (if any) we have that are within the scope of your request. Once we have completed our search, we will notify you as to our disposition of your request. Please note that this search will encompass only Criminal Division records.

    If you have any questions regarding the status of this request, you may contact Denise Kennedy on 202-616-0307.

                                      Sincerely,


                                      Thomas J. McIntyre, Chief
                                    Freedom of Information/Privacy Act Unit



*Derrell Gilchrist v. DOJ,*
Civil Action No. 05-1540 (RJL)
Declaration of Kathy Hsu
        EXHIBIT    3

FILE COPY



**U.S. Department of Justice**

Criminal Division

---

Washington, D.C. 20530

CRM-200400734-P

AUG 2 7 2004

Mr. Derrell L. Gilchrist
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

Dear Mr. Gilchrist:

This is in response to your request of May 13, 2004, for access to records concerning yourself.

We located one Criminal Division record (item 1) within the scope of your request. We have processed your request under the Freedom of Information Act and will make all records available to you whose release is either required by that statute, or considered appropriate as a matter of discretion.

In light of our review, we have determined to release item 1 in full. A copy is enclosed.

We also located records which originated with the Office of the United States Attorney for the District of Maryland. Pursuant to Department practice, we have referred these records to the Executive Office for United States Attorneys for review and direct response to you.

Sincerely,


Thomas J. McIntyre, Chief
Freedom of Information/Privacy Act Unit
Office of Enforcement Operations
Criminal Division



*Derrell Gilchrist v. DOJ,*
Civil Action No. 05-1540 (RJL)
Declaration of Kathy Hsu
<u>EXHIBIT</u>    4



**U.S. Department of Justice**

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757   Fax 202-616-6478

OCT 2 9 2004

To: __Criminal Division, Department of Justice__

Requester: __Derrell Gilchrist__   Requester Number: __04-2365__

Subject of Request: __Self (Specific Records)__

Dear FOIA/PA Contact Person:

The enclosed Freedom of Information Act/Privacy Act request was received by this office. The paragraphs checked below apply:

1. [ ]  As your office may have records responsive to this request, we are referring it to you for a direct response to the requester.

2. [X]  While processing this request, we located the enclosed records which originated in your office. These records were found in the U.S. Attorney's Office files and may or may not be responsive to the request. We are referring __1__ page(s) of material and a copy of the request to you for a direct response to the requester. <u>Please note, this case is currently on appeal with the oral argument scheduled for October 29, 2004. If you have any questions regarding this document please contact AUSA Deborah Johnston 301-344-4433.</u>

3. [ ]  This office is also providing _____ page(s) of documents under a cover page titled "Background Information". The attached records are provided to your agency to assist in processing your records. These are <u>not</u> part of the referred records and should be kept as administrative records in this referral.

A copy of our final determination letter is also enclosed for your reference. Please note we have charged the requester $_____ for search/duplication costs incurred in the processing of this request.

We have notified the requester of this referral.

If you have any questions about this matter, please contact the FOIA/PA processor named below.

NOV 3 2004

Sincerely,

Marie A. O'Rourke
Assistant Director

Name: __Debbie Melvin__
Phone: __202-616-0790__
Enclosure(s)

Form No. 007 - 11/03

*Derrell Gilchrist v. DOJ,*
Civil Action No. 05-1540 (RJL)
Declaration of Kathy Hsu
           EXHIBIT   5

U.S. Department of Justice

Criminal Division

Washington, D.C. 20530

CRM-200401453P

JAN 6 2005

Derrell Gilchrist
Reg. No. 37284-037
U.S. Penitentiary
P.O. Box 1000
Lewisburg, Pennsylvania 17837

Dear Mr. Gilchrist:

    While processing your request for records concerning you, the Executive Office for United States Attorneys referred a document which originated in the Criminal Division of the Department of Justice, and referred this document to us for our review and direct response to you.

    In light of our review, we have determined to release this document in full. A copy of this document is enclosed.

                             Sincerely,


                             Thomas J. McIntyre, Chief
                             Freedom of Information/Privacy Act Unit
                             Office of Enforcement Operations
                             Criminal Division

BM 12/17/04
KD
12-17-2004

*Derrell Gilchrist v. DOJ*,
Civil Action No. 05-1540 (RJL)
Declaration of Kathy Hsu
EXHIBIT 6


FILE

Office of the Assistant Attorney General                    Washington, DC 20530-0001

APR 29 2002

The Honorable Thomas M. DiBiagio
United States Attorney
District of Maryland
Greenbelt, Maryland 20770-1249

Attention Deborah A. Johnston
          Assistant United States Attorney

Dear Mr. DiBiagio:

   Re:  Dual Prosecution of Darrell Lamont Gilchrist

   This refers to your request pursuant to the Department's Petite policy to prosecute Darrell Lamont Gilchrist for carjacking and use of a firearm during a crime of violence, notwithstanding his prosecution in state court for offenses involving the same transactions.

   After reviewing your request I have concluded that the Petite policy applies. A waiver of the policy is appropriate however because the state prosecution has left a substantial federal interest unvindicated. Accordingly you are authorized to prosecute Darrell Lamont Gilchrist for carjacking and use of a firearm during a crime of violence.

                                   Sincerely,

                                   Michael Chertoff
                                   Assistant Attorney General

                                   John C. Keeney
                                   Deputy Assistant Attorney General
                                   Criminal Division

TOTAL P.01