IN THE UNITED STATES DISTRICT COURT
COURT FOR THE DISTRICT OF COLUMBIA

DERRELL GILCHRIST,

    PLAINTIFF,

    v.

DEPARTMENT OF JUSTICE,

    DEFENDANT.

CIVIL ACT.NO:1:05cv1540(RJL)
JUDGE RICHARD J. LEON

## PLAINTIFF'S MOTION FOR DISCOVERY IN THE FORM OF INTERAGATORIES PURSUANT TO CIVIL RULES#33.

Plaintiff, Derrell Gilchrist, pro-se, respectfully requests this Honorable Court to compel discovery in the form of interagatories pursuant to Civ.R.33 upon defendant's, Dept. of Justice. Plaintiff's request is made in good faith and is [is to be answerd by the party served or,...by any officer or agent, who shall furnish such information as available to the party]. The submitted questions are as follows:

    1) When did the United States Attorney's Office(MD)first contact, or was contacted by Prince Georges County Authority's in regards to USA v. Gilchrist Docket:DKC-02-0245 ?

    i)Who were the party's involved?

    2) Once Memorandum was faxed what process ensued?

    i) What other documents were generated?

    3) Was RequestNo.04-3179-R sent to Debra Johnson?

    i) When?

    4)Was investigation conducted by Federal Bureau of Investigation prior to Petit Order request?

    i) Were documents generated;if so who were they tranfered to?

    5) Who personally authored and prepared Memorandum Letter?

    i) Were any notes or files made of it's conception?

8) Did Thomas Dibagio have personal file regarding "Petit Orders"?

9) What is the process of information gatherd in preperation for Petit Order request?

WHEREFORE, plaintiff moves this Honorable Court to compel answers to these questions and requests the right to ask further interagatories based on the answers.

Dated: March 23, 2006

Respectfully submitted,

*Derrell Gilchrist*
Derrell Gilchrist, pro-se
#37284-037
U.S.P. Lewisburg
P.O. Box #1000
Lewisburg, PA 17837