IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERRELL GILCHRIST, | * |
| PLAINTIFF, | * |
| v. | * CIVIL ACT.NO:1:05cv1540(RJL) |
| | * JUDGE RICHARD J. LEON |
| DEPARTMENT OF JUSTICE, | * |
| DEFENDANT. | * |

* * * * * * * * * * * * * * *

**PLAINTIFF, DERRELL GILCHRIST, MOTION FOR APPOINTMENT
OF COUNSEL TO ASSIST IN LITIGATION OF CIVIL CLAIMS
PURSUANT TO 28 U.S.C. § 1915(e)(1)**

NOW COMES, the plaintiff, Derrell Gilchrist, pro-se, respectfully requesting that this Honorable Court appoint counsel to assist with litigation in the above cited civil action, As grounds for this motion for the appointment of counsel, plaintiff, states as follows:

1) Plaintiff filed pro-se complaint against Department of justice on July 29, 2005 arising out of violation of 28 U.S.C. § 552 and 552a(Freedom of Information/Privacy Act).

2) On August 8, 2005 plaintiff was granted In Forma Pauperis status by the court.

3) The Defendant(Dept. of Justice) filed for Summary Judgment in this matter on October 17, 2005. On February 1, 2006 Plaintiff a Opposition, and Defendant filed it's Reply on February 15, 2006.

4) On February 24, 2006, the court issued its Order Denying Defendant's Motion for Summary Judgment without prejudice.

5) On March 10, 2006 Defendant filed Renewed Motion for Summary Judgment which is voluminous, and complex.

6) Plaintiff, Dereell Gilchrist, is currently incarcerated at Lewisburg Penitentiary with limited means and lacks knowledge in the legal science of law.

WHEREFORE, plaintiff respectfully requests this honorable court to appoint counsel pursuant to § 1915(e)(1), to assist Mr. Gilchrist in redressing the claims bought in the above cited civil action.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Points and Authorities
Equity Power of the Court
28 U.S.C.A. § 1915(e)(1).

Executed on: March 21, 2006.

Respectfully submitted,

*Derell Gilchrist* (signature)

Derrell Gilchrist, pro-se
Reg.No: 37284-037
U.S.P. Lewisburg
P.O. Box #1000
Lewisburg, PA 17837

```
              IN THE UNITED STATES DISTRICT
             COURT FOR THE DISTRICT OF COLUMBIA
```

DERRELL GILCHRIST,  \*  
      PLAINTIFF,  \*  CIVIL ACT.NO:1:05cv1540(RJL)  
                    \*  JUDGE RICHARD J. LEON  
   v.  \*  
DEPARTMENT OF JUSTICE,  \*  
      DEFENDANT.  \*  
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER

Upon Consideration of the Plaintiff, Derrell Gilchrist, Motion for Appointment of Counsel to Assist in Litigation of Civil Claims Pursuant to 28 U.S.C. § 1915(e)(1), filed_____,2006, and any objections thereto it is Hereby this_____day of_____ 2006;

ORDERD that plaintiff's Motion to Appoint Counsel isGRANTED; and it is FURTHER ORDERD that_____is APPOINTED to represent plaintiff in the above cited action.

Copies To:

DERRELL GILCHRIST  
#37284-037  
U.S.P.LEWISBURG  
P.O.BOX#1000  
LEWISBURG,PA 17837.

HEATHER R. PHILLIPS  
ASSISTANT UNITED STATESAATTY.  
555 4th STREET,N.W.,RM E4212  
WASHINGTON,D.C. 20530

_____ JUDGE