UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DERRELL GILCHRIST,** )<br>)<br>**Plaintiffs,** )<br>v. )<br>)<br>**U.S. Department of Justice,** )<br>)<br>**Defendant** )<br>_____ ) | **Civil Action No. 05CV1540 (RJL)** |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant, by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to respond to: (1) Plaintiff's Opposition to Defendant's Renewed Motion for Summary Judgment, and (2) Plaintiff's Motion for Discovery. Defendant requests that the deadline for responding to Plaintiffs' filings be extended 10 days, from March 31, 2006, to April 10, 2006. Plaintiff has filed his Complaint pro se, and is currently incarcerated, therefore he has not been contacted respecting this motion. The grounds for this request are set forth below.

Although Plaintiff's certificate of service for the two filings is dated March 23, 2006, undersigned counsel did not receive copies of the filings until April 5, 2006, by which time the deadline for responding had already expired.

This extension is sought in good faith and will not unfairly prejudice any party. In addition, allowing Defendant additional time to respond to Plaintiff's Complaint will aid the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to the complaint be extended to and including April 10, 2006.

Dated: April 7, 2006.

                                              Respectfully submitted,
                                               /s/_____
                                              KENNETH L. WAINSTEIN, D.C. BAR # 451058

United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/
HEATHER R. PHILLIPS, CA BAR # 191620
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-7139

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Defendant's Motion for Enlargement of Time was mailed to Plaintiff pro se, Derrell L. Gilchrist, Reg. No. 37284-037, United States Penitentiary, P.O. Box 1000, Lewisburg, PA 17837 on 4/7/06.

 

_____
HEATHER R. PHILLIPS
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Rm. E4212
Washington, D.C. 20001
(202) 514-7139