UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DERRELL GILCHRIST,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**U.S. DEPARTMENT OF JUSTICE,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 05-1540 (RJL)<br>ECF |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR DISCOVERY**

On March 10, 2006, Defendant filed its Renewed Motion for Summary Judgment ("Defendant's Renewed MSJ") in this FOIA case. On March 23, 2006, Plaintiff filed his Opposition to Defendant's Renewed MSJ, as well as a Motion for Discovery. Defendant hereby opposes Plaintiff's Motion for Discovery.[1]

**DISCUSSION**

Plaintiff has moved the Court to compel discovery in the form of interrogatories. See generally Plaintiff's Motion. Plaintiff has provided no support for his motion, other than citing FRCP 33. Id. at 1. Discovery is inappropriate and unwarranted in this FOIA action, and the Court should deny Plaintiff's Motion.

It is well settled that "discovery is to be sparingly granted in FOIA actions." Public Citizen Health Research Group v. Food and Drug Administration, 997 F. Supp. 56, 72 (D.D.C. 1998); Code v. FBI, 1997 WL 150070 at * 8 (D.D.C. March 26, 1997) (noting that discovery "is not often part of the litigation process in FOIA actions"); see also Katzman v. Freeh, 926 F.

---

[1] Defendant has filed its Reply to Plaintiff's Opposition concurrently with this Opposition to Plaintiff's Motion for Discovery.

Supp. 316, 319 (E.D.N.Y. 1996) ("discovery in a FOIA action is extremely limited"). Importantly, the Court of Appeals has noted that discovery is not appropriate and should be denied where the declarations of the Government are reasonably detailed, submitted in good faith, and the court is satisfied that no factual dispute remains.  See Goland v. CIA, 607 F.2d 339, 352 (D.C. Cir. 1978); SafeCard Servs. v. SEC, 926 F.2d at 1200-02; see also, Becker v. IRS, 34 F.3d 398, 406 (7th Cir. 1994).  The three Declarations prepared by Anthony Ciccone, Deborah Johnston, and Kathy Hsu, and provided by Defendant in support of its Renewed MSJ meet this standard.  See Defendant's Renewed MSJ and attached Declarations.

     Plaintiff has not even alleged, much less demonstrated, that Defendant's declarations were submitted in bad faith.  It is plain from the face of the declarations that they were not.  Instead, the three declarations provide detailed descriptions of the searches conducted in response to Plaintiff's FOIA requests, and the responsive documents released to Plaintiff.  See Defendant's Renewed MSJ and attached Declarations of Kathy Hsu, Anthony Ciccone, and Deborah Johnston.  This should end the matter.  Carney v. DOJ, 19 F.3d 807 (2d. Cir.), cert. denied, 513 U.S. 823 (1994) (where agency's affidavits are adequate on their face, discovery should be denied); Goland v. CIA, 607 F.2d at 366; see also SafeCard Servs., Inc., 926 F.2d at 1200-02.  Because Plaintiff has failed to adequately explain "why, at [this] point in time, he cannot present by affidavit facts needed to defeat the agency's motion for summary judgment," this Court should deny Plaintiff's request to permit discovery.[2]  See Strang v. United States Arms Control & Disarmament Agency, 864 F.2d 859, 861 (D.C. Cir.1989), remanded, 722 F. Supp.

---

[2] Indeed, Plaintiff's proposed interrogatories appear to have nothing to do with the processing of his FOIA request but instead appear related to how his criminal case was prosecuted.  As such, Plaintiff's proposed discovery would not aid the Court in deciding this FOIA matter.

805 (D.D.C.1989), vacated on other grounds, 920 F.2d 30 (D.C. Cir.1990); Code v. FBI, 1997 WL 150070 at * 8 (D.D.C. March 26, 1997); Nation Magazine v. US Customs Serv., No. 94-00808, slip op. at 9 (D.D.C. May 21, 1997) (denying discovery because plaintiff's affidavit failed to raise genuine issue of material fact).

Dated: April 11, 2006

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN
D.C. Bar # 451058
United States Attorney

/s/
Rudolph Contreras
D.C. Bar # 434122
Assistant United States Attorney

/s/
HEATHER R. PHILLIPS
C.A. Bar # 19620
Assistant United States Attorney
Civil Division
555 4th Street, N.W., Rm E4212
Washington, DC 20530
(202) 514-7139

Of Counsel:

Anthony J. Ciccone
FOIA/Privacy Staff
Executive Office for
  United States Attorneys
Department of Justice

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DERRELL GILCHRIST,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Civil Action No. 05-1540 (RJL) |
| ) | ECF |
| **U.S. DEPARTMENT OF JUSTICE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of defendant's Opposition to Plaintiff's Motion for Discovery, it is

this _____ day of _____, hereby

ORDERED that the Plaintiff's Motion for Discovery is DENIED.

_____
UNITED STATES DISTRICT JUDGE

ECF service to counsel of record

By mail to:   Derrell Gilchrist, Pro Se
              Reg. No. 37284-037
              United States Penitentiary
              P.O. Box 1000
              Lewisburg, PA 17837

## **CERTIFICATE OF SERVICE**

I certify that on April 11, 2006 a copy of the foregoing was served by regular United States mail, postage pre-paid, upon:

Derrell Gilchrist, Pro Se
Reg. No. 37284-037
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837


\_/s/_____
Heather R. Phillips