UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DERRELL GILCHRIST,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Civil Action No. 05-1540 (RJL)** |
| | ) | ECF |
| **U.S. DEPARTMENT OF JUSTICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ATTORNEY APPEARANCE

The clerk of this court will please enter the appearance of Assistant United States Attorney Andrea McBarnette as counsel for the defendant in the above captioned case and withdraw the appearance of Assistant United States Attorney Heather Phillips.

Respectfully submitted,

_____/S/_____
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

## **CERTIFICATE OF SERVICE**

I certify that on September 27, 2006 a copy of the foregoing Attorney Appearance was served by regular United States mail, postage pre-paid, upon:

Derrell Gilchrist, Pro Se
Reg. No. 37284-037
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

                                                    /S/
                                        ANDREA McBARNETTE
                                        Assistant United States Attorney