UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 30 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DERRELL GILCHRIST,

Plaintiff,

v.

DEPARTMENT OF JUSTICE,

Defendant.

Civil Action No. 05-1540 (RJL)

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's motions for discovery [Dkt. #20] and for appointment of counsel [Dkt. #21] are DENIED, and it is further

ORDERED that defendant's renewed motion for summary judgment [Dkt. #18] is GRANTED, and it is further

ORDERED that JUDGMENT shall be entered in defendant's favor.

This is a final appealable Order. See Fed. R. App. P. 4(a).

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

Date: 10/28/06