RECEIVED

NOV 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTICE OF APPEAL

\* \* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

DERRELL GILCHRIST,
        PLAINTIFF,

        v.

DEPARTMENT OF JUST.
        DEFENDANT.

NOTICE OF APPEAL

05-1540(RJL)
Docket No.

Notice is hereby given that **DERRELL GILCHRIST,(Plaintiff)**
(party)

hereby appeals to the United States Court of Appeals for the **D.C.** Circuit from the

decision (describe it) **denying plaintiff's Motion for Discovery,Motion for**

**Appointment of Counsel,and grant of Defendant's Motion for Summary Judgment.**

entered in this action on the **30** day of **October**, 20**06**.

_Derrell Gilchrist_
Signature

**DERRELL GILCHRIST #37284-037**
Printed Name

**P.O.BOX#1000,U.S.P.LEWISBURG,**
Address

**LEWISBURG,PA 17837**

Date: **11/12/06**

# CERTIFICATE OF SERVICE

I, Derrell Gilchrist #37284-037, hereby certify that I have served a true and correct copy of the foregoing: Notice of Appeal.

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to: Clerk's Office
United States District Court
For The District Of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this ___12th___ day of NOV. 2006.

Respectfully Submitted,

Derrell Gilchrist

REG. NO. 37284-037