# United States Court of Appeals
## For The District of Columbia Circuit

**No. 06-5381**  September Term, 2006

05cv01540

Filed On: July 3, 2007 [1051271]

Derrell Gilchrist,
    Appellant

v.

Department of Justice,
    Appellee

FILED
AUG 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 8, 7, 07
BY: _____ Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:** Sentelle, Henderson, and Tatel, Circuit Judges

## ORDER

Upon consideration of the motion for summary affirmance, the motion for summary reversal, and the motion for appointment of counsel, it is,

**ORDERED** that the motion for appointment of counsel be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED** that the motion for summary affirmance be granted and the motion for summary reversal be denied. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court correctly determined that the agency's search was reasonably calculated to uncover all documents relevant to appellant's Freedom of Information Act/Privacy Act request. See Iturralde v. Comptroller of Currency, 315 F.3d 311, 313-15 (D.C. Cir. 2003); Valencia-Lucena v. U.S. Coast Guard, 180 F.3d 321, 325-26 (D.C. Cir. 1999). Appellant did not challenge the claimed exemptions on appeal and has therefore waived any objections to them. See, e.g., Seattle Opera v. NLRB, 292 F.3d 757, 763 n.8 (D.C. Cir. 2002); Doe v. District of Columbia, 93 F.3d 861, 875 n.14 (D.C. Cir. 1996).

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

Per Curiam

By: _____ Deputy Clerk